UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF THE CONTROLLED
SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-177 |
| v. | * | SECTION: SECT. B MAG. 4 |
| SEAN MARTIN | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(A) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 846 |
| | * | 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 18 U.S.C. § 2 |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Distribute and Possess With the Intent
to Distribute Heroin, Fentanyl and Cocaine Hydrochloride)

From a date unknown, but sometime prior to on or about September 11, 2019, and continuing to on or about November 25, 2019, in the Eastern District of Louisiana and elsewhere, the defendants, **SEAN MARTIN**, ▓▓▓▓▓ and ▓▓▓▓▓ combined, conspired, confederated, and agreed with each other, and with other persons known and unknown to the Grand

Jury, to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II narcotic controlled substance, and a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to defendant **SEAN MARTIN**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is: (1) one kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), in violation of Title 21, United States Code, Section 841(b)(1)(A), and (3) a quantity of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(C).



All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with the Intent to Distribute of Heroin,
Fentanyl, and Cocaine Hydrochloride)

On or about November 19, 2019, in the Eastern District of Louisiana and elsewhere, the defendants, **SEAN MARTIN** and ▮▮▮▮▮ knowingly and intentionally possessed with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II narcotic controlled substance, and a quantity of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A) 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 19, 2019, in the Eastern District of Louisiana and elsewhere, the defendants, **SEAN MARTIN** and ▮▮▮▮▮ did knowingly possess a firearm, that is, a Smith and Wesson 9mm semiautomatic pistol, serial number RAV6997, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with the intent to distribute one kilogram or more of heroin, 400 grams or more of fentanyl and a quantity of cocaine hydrochloride, as alleged in Count 2 of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 4
(Felon in Possession of a Firearm)

On or about November 19, 2019, in the Eastern District of Louisiana, the defendant, **SEAN MARTIN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 27, 2000 in the United States District Court, Eastern District of Louisiana, Case No. 2:99-cr-00088-SSV, for conspiracy to possess with the intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 846, knowingly possessed a firearm, to wit, a Smith and Wesson 9mm semiautomatic pistol, serial number RAV6997, said firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
(Distribution of Heroin)

On or about November 13, 2019, in the Eastern District of Louisiana, the defendant, **SEAN MARTIN**, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

[REDACTED]

## SENTENCING ENHANCEMENT PROVISIONS

The Grand Jury further charges that:

Prior to committing the offenses charged in Counts 1 and 2 of this Indictment, the

4

defendant, **SEAN MARTIN**, had a conviction, which had become final, in the United States District Court, Eastern District of Louisiana, Case No. 2:99-cr-00088-SSV, for conspiracy to possess with the intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 846, a serious drug felony for which he served a term of imprisonment of more than 12 months, and for which his release from any term of imprisonment was within 15 years of the commencement of the instant offense.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 6 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1-2 and 5-6, the defendants, **SEAN MARTIN,** ▓▓▓▓ and ▓▓▓▓ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses.

3. As a result of the offenses alleged in Counts 3 and 4, the defendants, **SEAN MARTIN,** and ▓▓▓▓ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

_____
FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
JONATHAN L. SHIH
Assistant United States Attorney

New Orleans, Louisiana
December 10, 2021

6