JS10(00:33)

**MINUTE ENTRY**
**LEMELLE, J.**
**APRIL 27, 2023**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**　　　　　　**CRIMINAL ACTION**

**VERSUS**　　　　　　　　　　　　　　　**NO. 21-177**

**SEAN MARTIN &**　　　　　　　　　　　**SECTION "B"(4)**
**GENE JACKSON**

<u>**TRIAL PREPARATION ORDER**</u>

Attending a pre-trial conference held this day were David Haller for the Government; Marion Floyd and Gary Bizal for defendant Sean Martin, and Celia Rhoads and Jerrod Thompson-Hicks for defendant Gene Jackson. Discussions centered around the pending motions, and additional motions that must still be filed. After conferring with all counsel,

　　　　**IT IS ORDERED THAT:**

1. **No later than Thursday, May 4, 2023 at 5:00 P.M.,** the Government shall file any motions in limine, if any. Defendants shall submit responses to the Government's motions in limine, if any, **no later than Tuesday, May 9, 2023 at 5:00 P.M.** An oral argument/evidentiary hearing shall take place on **Thursday, May 11, 2023 at 9:00 A.M.** before the undersigned.

2. The Final Criminal Pre-Trial Conference shall take place on **Thursday, May 11, 2023, immediately following the oral argument/evidentiary hearing.**

3. **THE COURT SPECIFICALLY FINDS**, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweighs the best interest of the public and the defendant.

   **THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice.

   **THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that failure to grant such a continuance would deny all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly,

   The Criminal Trial currently scheduled for Monday, May 8, 2023 is hereby **CONTINUED** to **Tuesday, May 30, 2023 at 8:30 A.M.** Trial is expected to last **three (3) days.**

4. **No later than Wednesday, May 10, 2023 at 5:00 P.M.,** all stipulations and/or agreements shall be filed.

5. **No later than Wednesday, May 10, 2023 at 5:00 P.M.,** counsel shall submit, in hard copy and electronic copy on a USB flash drive, **JOINT** proposed voir dire questions, special jury charges, and verdict forms, if any, in Microsoft Word format.

6. **No later than Wednesday, May 10, 2023 at 5:00 P.M.,** counsel shall file a list of all trial witnesses expected to be

called, along with a short summary of the anticipated testimony of each witness. Any expert reports must be provided to the opposing party **no later than Wednesday, May 10, 2023 at 5:00 P.M.** If a party wishes to have the witness list filed under seal because of witness or party safety reasons, a motion for protective order shall be submitted with the witness list. Even if the list is filed under seal, the party is not relieved of his or her duty to submit courtesy copies to opposing counsel pursuant to the local rules, unless the Court grants a motion ordering otherwise.

7. **No later than Thursday, May 4, 2023 at 5:00 P.M.,** the government shall provide notice under Fed. R. Evid. 404(b), if applicable, or on an alternative basis.

8. **No later than Wednesday, May 10, 2023 at 5:00 P.M.,** the government shall provide <u>Jencks</u> and <u>Giglio</u> materials, if any.

9. **On or before Friday, May 19, 2023 at 5:00 P.M.,** counsel for all parties are to prepare and submit to the Court two (2) copies of a **JOINT** Bench Book which shall contain:

   a. An index of all exhibits listing and numbering all exhibits sequentially and noting specific objections thereto. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits. In a separate document to be submitted to the Court at the

same time, the offering party must briefly respond to each objection in 2-3 sentences.

b. All exhibits are to be included in the Joint Bench Book and tabbed. Each individual exhibit exceeding five (5) pages in length shall be individually paginated.

c. A copy of the above-described index as well as all "un-objected to" exhibits and all "objected to" exhibits shall be delivered to the Court on a single USB flash drive along with the Joint Bench Books.

d. Each exhibit book shall be labeled with the name and telephone number of attorneys as well as the case and volume number on the outside.

e. All Joint Bench Books shall be picked up by counsel no later than the first Friday after the completion of the trial.

10. Demonstrative aids intended for use in opening statements must be made available no later than **Friday, May 19, 2023, at 5:00 P.M.** Demonstrative aids intended for use in closing arguments must be made available for inspection no later than **noon the day before closing arguments.**

11. The parties are warned that they, their witnesses, and any other persons needing to participate in the trial **must have photo identification to enter the Courthouse.** If a person is prevented from entering the building because of improper

identification, he or she is not relived of his or her obligations under a valid subpoena or other order of this Court to appear.

12. **No later than Friday, May 19, 2023,** parties shall **JOINTLY** call the Case Manager, Dena White (504-589-7719), to schedule testing of their electronic equipment for compatibility with the Court's electronic system.

<br>

_____
SENIOR UNITED STATES DISTRICT JUDGE