**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

VERSUS

SEAN MARTIN
GENE JACKSON

CRIMINAL NO. 21-177

SECTION "B" (4)

VIOLATIONS: 21 USC § 846
21 USC § 841(a)(1),
841(b)(1)(A) an
841(b)(1)(C)
18 USC § 924(c)(1)(A)(i)
18 USC § 922(g)(1)  and
924(a)(2)

RE-NOTICE OF TRIAL
(previously set for 5/8/2023)

Take notice that this criminal case has been reset for TRIAL on **May 30, 2023, at 8:30 a.m.**

before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, Courtroom C-501,

New Orleans, LA 70130.   A final pretrial conference will be held on May 11, 2023, at 9:00 a.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE**
**AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: May 2, 2023

TO:
**SEAN MARTIN**
c/o USM

**COUNSEL FOR MARTIN:**
Ja'Net Lyneice Davis
jdavis.law@outlook.com

Marion Floyd
floydmar@bellsouth.net

Gary Bizal
gary@garybizal.com

**GENE JACKSON**
New Orleans, LA

**COUNSEL FOR JACKSON**:
Jerrod Thompson-Hicks, FPD
jerrod_thompson-hicks@fd.org

CAROL L. MICHEL, CLERK
by: Dena M. White, Deputy Clerk

AUSA   David Haller

U.S. Marshal

U.S. Probation/Pretrial Services Unit

**JUDGE LEMELLE**

**MAGISTRATE JUDGE**

FOREIGN LANGUAGE
INTERPRETER:  NONE

If you change address, notify
Clerk of Court by phone,
(504) 589-7719