# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-177 |
| VERSUS | SECTION "B" (4) |
| | VIOLATIONS: 21 USC § 846 |
| SEAN MARTIN | 21 USC § 841(a)(1) and |
| GENE JACKSON | 841(b)(1)(C) |

## NOTICE OF RE-ARRAIGNMENT

Take notice that this criminal case has been set for RE-ARRAIGNMENT on **MAY 11, 2023, at 9:00 a.m.** before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

| | |
|---|---|
| DATE: May 5, 2023 | CAROL L. MICHEL, CLERK<br>by: Dena M. White, Deputy Clerk |
| TO: | |
| **SEAN MARTIN**<br>c/o USM | AUSA   David Haller |
| | U.S. Marshal |
| **Counsel for Martin**:<br>Ja'Net Lyneice Davis<br>jdavis.law@outlook.com | U.S. Probation/Pretrial Services Unit |
| Marion Floyd<br>floydmar@bellsouth.net | **JUDGE LEMELLE** |
| Gary Bizal<br>gary@garybizal.com | **MAGISTRATE JUDGE** |
| | FOREIGN LANGUAGE<br>INTERPRETER:  NONE |
| **GENE JACKSON**<br>New Orleans, LA | |
| **Counsel for Jackson**:<br>Jerrod Thompson-Hicks, FPD<br>Celia Rhoads, FPD | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7719 |