UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-177 |
| VERSUS | SECTION "B" (4) |
| | VIOLATIONS: 21 USC § 846 |
| SEAN MARTIN | 21 USC § 841(a)(1) and |
| GENE JACKSON | 841(b)(1)(C) |

NOTICE OF SENTENCING

Take notice that this criminal case has been set for SENTENCING on **AUGUST 16, 2023, at 1:30 p.m.** before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: May 12, 2023

TO:

**SEAN MARTIN**
c/o USM

**Counsel for Martin**:
Ja'Net Lyneice Davis
jdavis.law@outlook.com

Marion Floyd
floydmar@bellsouth.net

Gary Bizal
gary@garybizal.com

**GENE JACKSON**
New Orleans, LA

**Counsel for Jackson**:
Jerrod Thompson-Hicks, FPD
Celia Rhoads, FPD

CAROL L. MICHEL, CLERK
by: Dena M. White, Deputy Clerk

AUSA   David Haller

U.S. Marshal

U.S. Probation/Pretrial Services Unit

**JUDGE LEMELLE**

**MAGISTRATE JUDGE**

FOREIGN LANGUAGE
INTERPRETER:  NONE

If you change address, notify
Clerk of Court by phone,
(504) 589-7719