UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 21-177** |
| **SEAN MARTIN**<br>**GENE JACKSON** | **SECTION "B"(4)** |

### ORDER

Considering defendants Sean Martin and Gene Jackson's unopposed motions to continue sentencing (Rec. Docs. 138 and 140),

Defendant Gene Jackson represents his previous counsel "Jerrod Thompson-Hicks, recently withdrew from this case because he is no longer employed at the Eastern District of Louisiana Federal Public Defender's Office" and new counsel "has been working diligently to become adequately caught up on the underlying facts of Mr. Jackson's case." Rec. Doc. 138 at 1. Relatedly, defendant Sean Martin requires additional time to prepare his objections to the Presentence Report. Rec. Doc. 140 at 1. Further, both motions note the Government has no objection to the requested continuance. Rec. Docs. 138 and 140.

**IT IS ORDERED** that the motions to continue sentencing are **GRANTED**, continuing the August 16, 2023 sentencing hearing to <u>**Wednesday, August 30, 2023 at 1:30 P.M.**</u>

New Orleans, Louisiana this 8th day of August, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE