UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-177 |
| VERSUS | SECTION "B" (4) |
| | VIOLATIONS: 21 USC § 846 |
| SEAN MARTIN | 21 USC § 841(a)(1) and |
| GENE JACKSON | 841(b)(1)(C) |

<u>RE-NOTICE OF SENTENCING</u>
(previously set for 8/16/2023)

Take notice that this criminal case has been reset for SENTENCING on **AUGUST 30, 2023, at 1:30 p.m.** before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: August 9, 2023 | CAROL L. MICHEL, CLERK<br>by: Dena M. White, Deputy Clerk |
| TO: | |
| | AUSA   David Haller |
| **SEAN MARTIN**<br>c/o USM | |
| | U.S. Marshal |
| **Counsel for Martin**:<br>Ja'Net Lyneice Davis<br>jdavis.law@outlook.com | U.S. Probation/Pretrial Services Unit |
| | **JUDGE LEMELLE** |
| Marion Floyd<br>floydmar@bellsouth.net | **MAGISTRATE JUDGE** |
| Gary Bizal<br>gary@garybizal.com | FOREIGN LANGUAGE<br>INTERPRETER:  NONE |
| **GENE JACKSON**<br>New Orleans, LA | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7719 |
| **Counsel for Jackson**:<br>Celia Rhoads, FPD | |