MINUTE ENTRY
LEMELLE, J.
AUGUST 30, 2023
JS10:  00:52

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO. 21-177

SEAN MARTIN                                        SECTION: B

**SENTENCING**

Courtroom Deputy: Dena White
Court Reporter:    Nichelle Wheeler

APPEARANCES:    David Haller, Asst. U. S. Attorney
                Gary Bizal and Ja'Net Davis, Counsel for Defendant
                Marilyn Brasset, U. S. Probation Officer
                Sean Martin, Defendant

Case called at 3:07 p.m.
All present and ready.
Court discusses objections to presentence report and rules on objections as stated on the
record.
Court accepts presentence report and sentencing guidelines as prepared by USPO.
Statement by defendant in mitigation of sentence.
Statement by Chelsie Martin, defendant's daughter, in mitigation of sentence.
Statement by counsel for government regarding sentencing.
Statement by counsel for defendant regarding sentencing.
Government's Motion Acknowledging Defendant's Acceptance of Responsibility (150) –
GRANTED.
Defendant sentenced as to Count 2 of the Indictment.
Government's oral motion to dismiss Counts 1, 3, 4 and 5 of the Indictment as to Sean
Martin – GRANTED.
See Judgment.
Defendant remanded to the custody of the U. S. Marshal.
Court adjourned at 3:59 p.m.